# MEMORANDUM CASES.

[Civ. No. 1252.   Third Appellate District.—April 4, 1914.]

## SPRING VALLEY WATER COMPANY (a Corporation), Respondent, v. COUNTY OF ALAMEDA, Appellant.

TAXATION—ASSESSMENT OF RIPARIAN RIGHTS.—Judgment affirmed on the authority of *Spring Valley Water Company* v. *County of Alameda, ante,* p. 278.

APPEAL from a judgment of the Superior Court of Alameda County.   W. H. Waste, Everett J. Brown, and Wm. S. Wells, Judges.

The facts are similar to those stated in the opinion in *Spring Valley Water Company* v. *County of Alameda, ante,* p. 278.

W. H. L. Hynes, and Walter J. Burpee, for Appellant.

McCutchen, Olney & Willard, for Respondent.

THE COURT.—This appeal involves the same question as that decided in *Spring Valley Water Company* v. *County of Alameda,* (Civ. No. 1251), *ante,* p. 278, [141 Pac. 38] of the same title, and, upon authority of that decision, this day filed, the judgment is affirmed.